# Order

**Supreme Court**
**Lansing, Michigan**

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

September 28, 2005

127902

JOYCE DIFALCO, JAMES DIFALCO,
and K. JIN LIM, Trustee in Bankruptcy
for the ESTATE OF JOYCE DIFALCO
and JAMES DIFALCO,
          Plaintiffs-Appellees,

v

ROBERT L. DOCK, M.D., F.A.C.O.O.G.,
SINAI HOSPITAL, d/b/a SINAI
PROFESSIONAL OB-GYN, SINAI
GRACE HOSPITAL, d/b/a SINAI
PROFESSIONAL OB/GYN,
          Defendants-Appellants.
_____/

SC: 127902
COA: 250675
Oakland CC: 00-028388-NM

      On order of the Court, the application for leave to appeal the December 16, 2004 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

      I, CORBIN R. DAVIS, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 28, 2005

_____
Clerk

l0919